1  Brian E. Pastuszenski (*pro hac vice*)
   bpastuszenski@goodwinprocter.com
2  **GOODWIN PROCTER LLP**
   The New York Times Building
3  620 Eighth Avenue
   New York, NY 10018
4  Tel.:  212.813.8800
   Fax:  212.355.3333
5
   Nicole L. Chessari (SBN 259970)
6  *nchessari@goodwinprocter.com*
   Nicholas A. Reider (SBN 296440)
7  *nreider@goodwinprocter.com*
   **GOODWIN PROCTER LLP**
8  135 Commonwealth Drive
   Menlo Park, CA 94025
9  Tel.:  650.752.3100
   Fax:  650.853.1038
10
   *Attorneys for Defendants*
11 *Xoom Corporation, John Kunze,*
   *and Ryno Blignaut*
12
   (*Additional counsel on signature page*)
13

14                **UNITED STATES DISTRICT COURT**

15            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN JOSE DIVISION**

17

| | |
|---|---|
| ALEXANDER LIU, Individually and On Behalf of All Others Similarly Situated, | Case No. 5:15-cv-00602-LHK |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER RELATING CASES** |
| XOOM CORP., JOHN KUNZE, AND RYNO BLIGNAUT, | **(Civil L.R. 3-12, 7-11 & 7-12)** |
| Defendants. | Courtroom:  8 - 4th Floor  Judge:  Honorable Hon. Lucy H. Koh |
| | [MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED FILED CONCURRENTLY] |

1  WHEREAS, on January 6, 2015 plaintiff Alexander Liu filed a putative class action complaint
2 alleging violation of the Securities Act of 1933 against Xoom Corporation ("Xoom" or the
3 "Company"), John Kunze, and Ryno Blignaut (collectively, "Defendants"), in the Superior Court of
4 the State of California in San Francisco County ("*Liu* State Action");

5  WHEREAS, the *Liu* State Action was filed ostensibly on behalf of all similarly-situated
6 individuals who purchased common stock of Xoom allegedly "pursuant and/or traceable to [Xoom's]
7 Registration Statement and Prospectus, declared effective by the SEC on February 14, 2013, issued in
8 connection with [Xoom's] Initial Public Offering (the 'IPO')." *Liu* Complaint ¶ 1.

9  WHEREAS, on February 6, 2015, Defendants removed the *Liu* State Action to this Court,
10 now captioned *Liu v. Xoom et al.,* Case No. 5:15-cv-00602-LHK ("*Liu*");

11  WHEREAS, on March 11, 2015 plaintiff Patrick Andrew Barrett filed a putative class action
12 complaint alleging violation of the Securities Act of 1933 against the same Defendants, in the
13 Superior Court of the State of California in San Francisco County ("*Barrett* State Action");

14  WHEREAS, like the *Liu* State Action, the *Barrett* State Action was also filed ostensibly on
15 behalf of the same putative class – i.e., all similarly-situated individuals who purchased common
16 stock of Xoom allegedly "pursuant and/or traceable to [Xoom's] Registration Statement and
17 Prospectus, declared effective by the SEC on February 14, 2013, issued in connection with [Xoom's]
18 Initial Public Offering (the 'IPO')." *Barrett* Complaint ¶ 1.

19  WHEREAS, on March 20, 2015, Defendants removed the *Barrett* State Action to this Court,
20 now captioned *Liu v. Xoom et al., Barrett v. Xoom Corp., et al.*, Case No. 5:15-cv-01319-VC
21 ("*Barrett*");

22  WHEREAS, the complaints in both the *Liu* action and the *Barrett* action – which contain
23 substantially the same allegations – allege that Xoom's February 14, 2013 Registration Statement and
24 Prospectus contained material misstatements and/or omissions regarding its internal controls, and
25 seek to assert claims under Sections 11 and 15 of the Securities Act of 1933, 15 U.S.C. §§ 77k and
26 77o;

27  WHEREAS, the *Liu* action is currently assigned to the Honorable Lucy H. Koh, while the
28 subsequent *Barrett* action is assigned to the Honorable Vince Chhabria; and

1     WHEREAS, the parties believe the actions should be related because (1) they involve

2 substantially the same parties, property, transactions and events; and (2) it appears likely that there

3 will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are

4 conducted before different Judges.

5     IT IS ACCORDINGLY STIPULATED, by and between the parties hereto, that:

6     1.    Pursuant to Civil Local Rules 3-12, 7-11 and 7-12, the *Barrett* action should be

7 related to the *Liu* action and assigned to the Honorable Lucy H. Koh; and

8     2.    Judge Koh's ruling on the pending remand motion in the first filed *Liu* action will

9 also apply to the second, related *Barrett* action.

Dated:  March 25, 2015                             Respectfully submitted,

**GOODWIN PROCTER LLP**

By: /s/ Brian E. Pastuszenski
    Brian E. Pastuszenski (*pro hac vice*)
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018
    Tel.:  212.813.8800
    Fax:  212.355.3333

    Nicole L. Chessari (SBN 259970)
    Nicholas A. Reider (SBN 296440)
    135 Commonwealth Drive
    Menlo Park, CA 94025
    Tel.:  650.752.3100
    Fax:  650.853.1038

    Teodora Manolova (SBN 233333)
    601 S. Figueroa Street, 41st Floor
    Los Angeles, CA 90017
    Tel.:  213.426.2500
    Fax:  213.623.1673

*Attorneys for Defendants*
XOOM CORPORATION, JOHN KUNZE,
AND RYNO BLIGNAUT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 25, 2015 | **THE ROSEN LAW FIRM P.A.** |
| 3 | | By:  /s/ Laurence M. Rosen |
| | | Laurence M. Rosen |
| | | 355 South Grand Avenue, Suite 2450 |
| 4 | | Los Angeles, CA 90071 |
| | | Tel.:  213.785.2610 |
| 5 | | Fax.:  213.226.4684 |
| 6 | | *Attorneys for Plaintiff* |
| | | ALEXANDER LIU |
| 7 | | |
| 8 | Dated: March 25, 2015 | **GLANCY BINKOW & GOLDBERG LLP** |
| 9 | | By:  /s/ Lionel Z. Glancy |
| | | Lionel Z. Glancy |
| | | Robert V. Prongay |
| 10 | | 1925 Century Park East, Suite 2100 |
| 11 | | Los Angeles, CA 90067 |
| | | Tel.:  310.201.9150 |
| 12 | | Fax.:  310.201.9160 |
| 13 | | Jeremy A. Lieberman |
| | | Francis P. McConville |
| 14 | | **POMERANTZ LLP** |
| | | 600 Third Avenue, 20th Floor |
| 15 | | New York, NY 10016 |
| | | Tel.:  212.661-1100 |
| 16 | | Tel.:  212.661-8665 |
| 17 | | *Attorneys for Plaintiff* |
| | | PATRICK ANDREW BARRETT |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  ENTERED: March 26, 2015

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE