Brian E. Pastuszenski (*pro hac vice pending*)
bpastuszenski@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
Nicholas A. Reider (SBN 296440)
*nreider@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: 650.752.3100
Fax: 650.853.1038

*Attorneys for Defendants*
*Xoom Corporation, John Kunze,*
*and Ryno Blignaut*

(*Additional counsel on signature page*)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK ANDREW BARRETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XOOM CORP., JOHN KUNZE, AND RYNO BLIGNAUT,<br>Defendants. | Case No. 5:15-cv-01319-LHK<br><br>CLASS ACTION<br><br>Related Case: 5:15-cv-00602-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 8 - 4th Floor<br>Judge: Honorable Lucy H. Koh<br><br>DATE ACTION FILED: 3/11/2015<br>(Removed 3/20/2015) |

1  WHEREAS, on March 11, 2015 plaintiff Patrick Andrew Barrett ("Plaintiff") filed in the
2  Superior Court of the State of California, County of San Francisco, a complaint (the "Complaint")
3  ostensibly on behalf of a class of all similarly-situated individuals who purchased common stock of
4  Xoom Corporation ("Xoom") allegedly pursuant and/or traceable to Xoom's Registration Statement
5  and Prospectus, declared effective by the Securities and Exchange Commission on February 14, 2013,
6  issued in connection with Xoom's Initial Public Offering (the "*Barrett* Action");

7  WHEREAS, on March 20, 2015, defendants Xoom, John Kunze, and Ryno Blignaut
8  (collectively, "Defendants") removed the *Barrett* Action to this Court, now captioned *Barrett v. Xoom*
9  *et al.,* Case No. 5:15-cv-01319-LHK (*Barrett* Dkt. 1);

10  WHEREAS, Defendants did not answer, move, or otherwise respond to the Complaint before
11  removing the *Barrett* Action;

12  WHEREAS, on March 26, 2015, this Court granted Defendants' administrative motion and
13  approved the parties' stipulation to relate the *Barrett* Action with another, substantially identical
14  putative class action filed ostensibly on behalf of the same putative class and captioned *Liu v. Xoom et*
15  *al.,* Case No. 5:15-cv-00602-LHK (the "*Liu* Action") (*Liu* Dkt. 14; *Barrett* Dkt. 7);

16  WHEREAS, pursuant to the March 26, 2015 Court-approved stipulation, this Court's ruling
17  on the pending remand motion in the first-filed *Liu* Action will also apply to the second, related
18  *Barrett* Action (*Liu* Dkt. 14; *Barrett* Dkt. 7);

19  WHEREAS, the hearing on the remand motion in the first-filed *Liu* Action is currently set for
20  July 2, 2015 (*Liu* Dkt. 11);

21  WHEREAS, the parties understand that Federal Rule of Civil Procedure 81(c) would require
22  Defendants to answer, move, or otherwise respond to the Complaint in the *Barrett* Action prior to the
23  July 2, 2015 remand hearing in the *Liu* Action;

24  WHEREAS, the parties wish to stipulate to a schedule substantially identical to the scheduling
25  stipulation this Court approved on February 13, 2015 in the *Liu* Action (*Liu* Dkt. No. 8);

26  WHEREAS, no party has requested any time modifications in this action; and

27  WHEREAS, Defendants intend to move to dismiss the Complaint.

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT    1
CASE NO. 5:15-cv-01319-LHK

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Complaint in the *Barrett* Action pending a decision by the Court on the pending motion to remand in the *Liu* Action;

2. If the Court denies the motion to remand in the *Liu* Action, the parties in the *Barrett* Action will confer in good faith regarding a schedule for filing of an amended complaint and the briefing of Defendants' motion to dismiss, and Defendants will not be required to answer, move to dismiss, or otherwise respond to the Complaint until the parties submit a proposed stipulation regarding a schedule for the briefing of Defendants' motion to dismiss;

3. If the Court grants the motion to remand in the *Liu* Action, the parties in the *Barrett* Action will confer in good faith regarding a schedule for filing of an amended complaint and the briefing of Defendants' demurrer, and Defendants will not be required to answer, move to dismiss, or otherwise respond to the Complaint until the parties submit a proposed stipulation regarding a schedule for the briefing of Defendants' demurrer; and

4. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, service of process and jurisdictional defenses.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  April 7, 2015 | Respectfully submitted, |
| 2 | | **GOODWIN PROCTER LLP** |
| 3 | | By: /s/  Nicole L. Chessari |
| 4 | | Brian E. Pastuszenski (*pro hac vice pending*) |
| 5 | | The New York Times Building<br>620 Eighth Avenue |
| 6 | | New York, NY 10018<br>Tel.: 212.813.8800 |
| 7 | | Fax: 212.355.3333 |
| 8 | | Nicole L. Chessari (SBN 259970)<br>Nicholas A. Reider (SBN 296440) |
| 9 | | 135 Commonwealth Drive<br>Menlo Park, CA 94025 |
| 10 | | Tel.: 650.752.3100<br>Fax: 650.853.1038 |
| 11 | | Teodora Manolova (SBN 233333) |
| 12 | | 601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA 90017 |
| 13 | | Tel.: 213.426.2500<br>Fax: 213.623.1673 |
| 14 | | *Attorneys for Defendants Xoom Corporation,* |
| 15 | | *John Kunze and Ryno Blignaut* |
| 16 | Dated:  April 7, 2015 | **GLANCY BINKOW & GOLDBERG LLP** |
| 17 | | By:   /s/ Lionel Z. Glancy |
| 18 | | Lionel Z. Glancy<br>Robert V. Prongay |
| 19 | | 1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| 20 | | Tel.: 310.201.9150<br>Fax.: 310.201.9160 |
| 21 | | Jeremy A. Lieberman |
| 22 | | Francis P. McConville<br>**POMERANTZ LLP** |
| 23 | | 600 Third Avenue, 20th Floor<br>New York, NY 10016 |
| 24 | | Tel.: 212.661-1100<br>Tel.: 212.661-8665 |
| 25 | | *Attorneys for Plaintiff Patrick Andrew Barrett* |
| 26 | | |
| 27 | | |
| 28 | | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

ENTERED: _____                    _____
                                                                          HONORABLE LUCY H. KOH
                                                                          UNITED STATES DISTRICT JUDGE

**CIVIL L.R. 5-1 ATTESTATION**

I, Nicole L. Chessari, am the ECF User whose ID and Password are being used to file this STIPULATION RELATING CASES. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Lionel Z. Glancy, counsel for Plaintiff Patrick Andrew Barrett has concurred to its filing.

Dated: April 7, 2015

/s/ Nicole L. Chessari
Nicole L. Chessari

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 7, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h). Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by first class mail, facsimile and/or overnight delivery.

/s/ Nicole L. Chessari
Nicole L. Chessari