UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk of Court

General Court Number
408-535-5363

*ENDORSED FILED
SAN FRANCISCO COUNTY
SUPERIOR COURT
2015 JUL 27  AM 9: 21
2015 AUG -7  P
CLERK OF THE COURT
BY: E. ALEGRE
DEPUTY CLERK*

July 23, 2015

San Francisco Superior Court
400 McAllister Street
San Francisco, Ca., 94102

RE: Patrick Andrew Barrett v. Xoom Corporation, et al.
    5:15-cv-01319-LHK

Your Case Number: CGC-15-544655

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

( X )   Certified copies of docket entries

( X )   Certified copies of Remand Order

( )     Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Cindy Hernandez*

by: Cynthia Hernandez
Case Systems Administrator
408-535-5386